IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT IRA BLAKE,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3888

_____/

Opinion filed April 6, 2016.

An appeal from the Circuit Court for Bradford County.
David L. Reiman, Judge.

Nancy A. Daniels, Public Defender, and Jennifer S. Morrisey, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Trisha Meggs Pate, Giselle D. Lylen, and Jillian Hope Reding, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

ROBERTS, C.J., MAKAR and OSTERHAUS, JJ., CONCUR.